IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:98CR94-1 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| PHILIP J. SIMON, | ) | |
| | ) | |
| Defendant. | ) | |

After consultation with the Probation Office,

IT IS ORDERED that the defendant's motion to terminate supervised release (filing no. 156) is denied.

Dated June 8, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge